UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

SAMANTHA SNYDER,

    Plaintiff,

vs.                                                  Cause No. 1:13-CV-0576-SEB-DKL

RODNEY SMITH, JR., ELI SMITH,
TREY CROCKETT, DAKOTA BEARD,
CAIRA BOLEN, CHRISTINA BOLEN,
FRANKFORT POLICE DEPARTMENT,
CITY OF FRANKFORT,
DETECTIVE JASON ALBAUGH,
DETECTIVE ROBERT HESSION,
CHIEF TROY BACON,
RODNEY SMITH, SR., and JOHN DOE,
    Defendants.

## NOTICE OF APPEARANCE OF COUNSEL

To the Clerk of this Court and all parties of record:

    I am admitted or otherwise authorized to practice law in this court and I appear in this case as counsel for Defendant's Caira Bolen.

Date: May 8, 2013                        Respectfully Submitted,

                                                        Matthew J. Elkin, 16593-49
                                                        Attorney At Law
                                                        208 North Main
                                                        Kokomo, Indiana 46901
                                                        Telephone: (765) 868-2746
                                                        Facsimile: (765) 452-5179

CERTIFICATE OF SERVICE

      The undersigned counsel hereby certifies that a copy of the foregoing document was served this 8th day of May 2013 upon the following parties by United States Mail, Postage prepaid:

| | |
|---|---|
| Mr. Rodney Smith, Jr.<br>907 Gentry Street<br>Frankfort, IN  46041 | Mr. Eli Smith<br>907 Gentry Street<br>Frankfort, IN  46041 |
| Mr. Trey Crockett<br>1054 Hawthorne Avenue<br>Frankfort, IN  46041 | Mr. Dakota Beard<br>650 Macy Drive<br>Frankfort, IN  46041 |
| Andrea L. Ciobanu<br>CIOBANU LAW, PC<br>9000 Keystone Crossing, Suite 660<br>Indianapolis, IN  46240 | City of Frankfort<br>301 E. Clinton Street<br>Frankfort, IN  46041 |
| Mr. Rodney Smith, Sr.<br>907 Gentry Street<br>Frankfort, IN  46041 | Frankfort Police Department<br>Detective Jason Albaugh<br>Detective Robert Hession<br>Chief Troy Bacon<br>201 W. Washington Street<br>Frankfort, IN  46041 |
| Mr. John Doe | |

_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

SAMANTHA SNYDER,

    Plaintiff,

    vs.                                                      Cause No. 1:13-CV-0576-SEB-DKL

RODNEY SMITH, JR., ELI SMITH,
TREY CROCKETT, DAKOTA BEARD,
CAIRA BOLEN, CHRISTINA BOLEN,
FRANKFORT POLICE DEPARTMENT,
CITY OF FRANKFORT,
DETECTIVE JASON ALBAUGH,
DETECTIVE ROBERT HESSION,
CHIEF TROY BACON,
RODNEY SMITH, SR., and JOHN DOE,
    Defendants.

## NOTICE OF APPEARANCE OF COUNSEL

To the Clerk of this Court and all parties of record:

    I am admitted or otherwise authorized to practice law in this court and I appear in this case as counsel for Defendant's Christina Bolen.

Date: May 8, 2013                      Respectfully Submitted,

                                                    Matthew J. Elkin, 16593-49
                                                    Attorney At Law
                                                    208 North Main
                                                    Kokomo, Indiana 46901
                                                    Telephone: (765) 868-2746
                                                    Facsimile: (765) 452-5179

CERTIFICATE OF SERVICE

  The undersigned counsel hereby certifies that a copy of the foregoing document was served this 8th day of May 2013 upon the following parties by United States Mail, Postage prepaid:

Mr. Rodney Smith, Jr.  
907 Gentry Street  
Frankfort, IN  46041

Mr. Trey Crockett  
1054 Hawthorne Avenue  
Frankfort, IN  46041

Andrea L. Ciobanu  
CIOBANU LAW, PC  
9000 Keystone Crossing, Suite 660  
Indianapolis, IN  46240

Mr. Rodney Smith, Sr.  
907 Gentry Street  
Frankfort, IN  46041

Mr. John Doe

Mr. Eli Smith  
907 Gentry Street  
Frankfort, IN  46041

Mr. Dakota Beard  
650 Macy Drive  
Frankfort, IN  46041

City of Frankfort  
301 E. Clinton Street  
Frankfort, IN  46041

Frankfort Police Department  
Detective Jason Albaugh  
Detective Robert Hession  
Chief Troy Bacon  
201 W. Washington Street  
Frankfort, IN  46041

_____