UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

SAMANTHA SNYDER,
    Plaintiff,

vs.                                         Cause No. 1:13-CV-0576-SEB-DKL

RODNEY SMITH, JR., ELI SMITH,
TREY CROCKETT, DAKOTA BEARD,
CAIRA BOLEN, CHRISTINA BOLEN,
FRANKFORT POLICE DEPARTMENT,
CITY OF FRANKFORT,
DETECTIVE JASON ALBAUGH,
DETECTIVE ROBERT HESSION,
CHIEF TROY BACON,
RODNEY SMITH, SR., CHRIS
MCBARNES MAYOR OF FRANKFORT, AND
AUTUMN DICK,
    Defendants.

*ORDER OF STIPULATION OF DISMISSAL OF*
*COUNTERCLAIMS WITHOUT PREJUDICE*

    The Defendants, Christina Bolen and Caira Bolen, having moved for the dismissal of Counterclaims without prejudice of the above captioned matter, and the Court being duly being duly advised in the premises,

    NOW ORDERS, ADJUDGES, AND DECREES the Counterclaims in this cause shall be dismissed without Prejudice.

    APPROVED AND SO ORDERED this _____ day of _____ 2014.

Date: _____, 2014     _____
                                    U.S. DISTRICT COURT
                                    SOUTHERN DISTRICT OF INDIANA

DISTRIBUTION:

MATTHEW J. ELKIN
Attorney At Law
208 North Main
Kokomo, Indiana 46901

Mr. Dakota Beard
650 Macy Drive
Frankfort, IN 46041

JAMES S. STEPHENSON and
ROSEMARY L. BOREK and RON SEMLER
STEPHENSON MOROW & SEMLER
Attorneys for Defendants,
Frankfort Police Department, City of Frankfort,
Jason Albaugh, Robert Hession, and Troy Bacon
3077 East 98th Street, Suite 240
Indianapolis, IN  46280

Mr. Rodney Smith, Jr.
907 Gentry Street
Frankfort, IN 46041

Mr. Eli Smith
907 Gentry Street
Frankfort, IN 46041

ANDREA L. CIOBANU and
ALEX BEEMAN
CIOBANU LAW, PC
One College Park
8910 Purdue Road, Suite 240
Indianapolis, IN 46268

DAVID L. WHITSETT II
58 E. Washington Street
Frankfort, Indiana  46041